# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TCF ENERGY SOLUTIONS, LLC and PARK POWER, LLC,<br><br>Defendants. | Case No. Case 1:21-cv-00246-ELR<br><br>Hon. Eleanor L. Ross |

## NOTICE OF SETTLEMENT

Defendant Park Power, LLC hereby notifies the Court that Park Power and Plaintiff have settled the claims between them. The Parties are in the process of finalizing the settlement, which they anticipate will be completed within the next thirty (30) days.

Dated: July 14, 2021.

                                    **KABAT CHAPMAN & OZMER LLP**

                                    */s/ Matthew A. Keilson*
                                    RYAN D. WATSTEIN
                                    Georgia Bar No. 266019

        NATHAN D. CHAPMAN
Georgia Bar No. 244954
MATTHEW A. KEILSON
Georgia Bar No. 216676
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333
Email:  *rwatstein@kcozlaw.com*
       *nchapman@kcozlaw.com*
       *mkeilson@kcozlaw.com*

*Counsel for Defendant Park Power, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

By:   /s/ *Matthew A. Keilson*