# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated, | : CIVIL ACTION FILE NO. 21-cv-246 |
| Plaintiff, | : |
| vs. | : **CLASS ACTION** |
| TCF ENERGY SOLUTIONS, LLC and PARK POWER, LLC | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs as to Park Power, LLC only. This case will continue against TCF Energy Solutions, LLC. The Plaintiff's putative class claims are dismissed without prejudice.

Dated: August 7, 2021

                                       PLAINTIFF,
                                       By his attorneys

                                       */s/ Anthony I. Paronich*
                                       Anthony I. Paronich
                                       Paronich Law, P.C.
                                       350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Pro Hac Vice*

**KABAT CHAPMAN & OZMER LLP**

<u>*/s/ Matthew A. Keilson*</u>
RYAN D. WATSTEIN
Georgia Bar No. 266019
NATHAN D. CHAPMAN
Georgia Bar No. 244954
MATTHEW A. KEILSON
Georgia Bar No. 216676
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333
Email:     *nchapman@kcozlaw.com*
           *mkeilson@kcozlaw.com*
           *rwatstein@kcozlaw.com*

*Counsel for Defendant Park Power, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this August 9, 2021 on all counsel of record via the Court's CM/ECF system.

/s/ *Anthony I. Paronich*