### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREW PERRONG, *individually and on behalf of a class of all persons and entities similarly situated*, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:21-CV-00246-ELR |
| TCF ENERGY SOLUTIONS, LLC, et al., | * * * | |
| Defendants. | * * | |

_____

## O R D E R

_____

On January 14, 2021, Plaintiff Andrew Perrong filed this putative class action against Defendant TCF Energy Solutions, LLC, alleging violations of the Telephone Consumer Protection Act.  See Compl. [Doc. 1].  Plaintiff filed a Certificate of Acknowledgement showing service upon the Georgia Secretary of State's Office on January 28, 2021.  [See Doc. 8].  However, to date, Defendant TCF Energy Solutions, LLC has not yet answered or appeared in this case.

Thereafter, on March 3, 2021, Plaintiff filed his "Motion to Amend the Complaint." [See Doc. 13].  By his motion to amend, Plaintiff requested the Court's leave to file an Amended Complaint adding claims against proposed Defendant Park

Power, LLC.  [See id. at 1].  The Court granted Plaintiff's motion, and subsequently, on April 9, 2021, Plaintiff filed an Amended Complaint, adding Park Power, LLC as a Defendant.  See Am. Compl. [Doc. 16].  Defendant Park Power, LLC filed an Answer to Plaintiff's Amended Complaint on June 8, 2021.  See Answer [Doc. 18].

On July 14, 2021, Defendant Park Power, LLC filed a "Notice of Settlement," indicating that Plaintiff and Defendant Park Power, LLC have "settled the claims between them."  [See Doc. 22 at 1].  Although Plaintiff has settled his claims against Defendant Park Power, LLC, he has not taken any further action to prosecute this case again Defendant TCF Energy Solutions, LLC.

Accordingly, on July 20, 2021, the Court directed Plaintiff to show cause, within twenty-one (21) days, as to why this Court should not dismiss his claims against Defendant TCF Energy Solutions, LLC for failure to prosecute ("July 20th Order").  [See Doc 23].  To date, Plaintiff has not complied with the Court's July 20th Order.  Therefore, the Court finds dismissal to be appropriate.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this case and **DIRECTS** the Clerk to close this action.  See Fed. R. Civ. P. 4(m); LR 41.3A(2), NDGa (dismissal of a civil action authorized where plaintiff has failed or refused to obey a lawful order of the court in the action).

**SO ORDERED**, this 12th day of August, 2021.

Eleanor L. Ross
United States District Judge
Northern District of Georgia