UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW PERRONG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TCF ENERGY SOLUTIONS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-00246-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of this Court's July 20, 2021 Order, and the Plaintiff having failed to comply with said order, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 12th day of August, 2021.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　　s/Jessica Kelley_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 12, 2021
Kevin P. Weimer
Clerk of Court

By:　s/Jessica Kelley_____
　　　　　Deputy Clerk